Brian P. Leitch, Esq.
Daniel M. Lewis, Esq.
Michael J. Canning, Esq.
ARNOLD & PORTER LLP

370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
(303) 863-1000
            - and -
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
            - and -
399 Park Avenue
New York, New York 10022
(212) 715-1000

Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
David I. Swan, Esq.
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5000

*Counsel to the Debtors and Debtors-in-Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. _____ |
| ) | Jointly Administered |
| US AIRWAYS, INC., et al.,[1] ) | Chapter 11 |
| ) | Hon. _____ |
| Debtors. ) | |
| _____) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST
## UNSECURED CLAIMS

The Debtors hereby file the attached Consolidated List of Creditors Holding 30

Largest Unsecured Claims for US Airways, Inc., US Airways Group, Inc., PSA Airlines,

Inc., Piedmont Airlines, Inc., and Materials Services Company, Inc.

---

[1] The Debtors are the following entities: US Airways, Inc., US Airways Group, Inc., PSA Airlines, Inc., Piedmont Airlines, Inc. and Material Services Company, Inc.

**In The United States Bankruptcy Court**
**For the Eastern District of Virginia**
**Alexandria Division**

In re  US Airways, Inc.                          Case No.      04-_____
              Debtor                             Chapter       11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

Following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of 'insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. (1)

| Name of creditor and complete mailing address, Including zip code | Telephone number and facsimile number for creditor | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate If claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Embraer – Empresa Brasileira De Aeronautica SA**<br><br>12 227-901 Sao Jose Dos Campos – SP<br>BRAZIL | Tel: (55) 12-3927-1410<br><br>Fax: (55) 12-3927-1257 | Future Aircraft Commitments | | $1,465,218,623 |
| **Bombardier Inc.**<br><br>Bombardier Aerospace – Regional Aircraft<br>Attn: Director of Contracts<br>123 Garratt Boulevard<br>Downsview, Ontario<br>CANADA M3K 1Y5 | Tel: (514) 861-9481<br><br>Fax: (514) 861-9942 | Future Aircraft Commitments | | $947,998,195 |
| **GE Capital Corporation**(2)<br><br>C/O GE Capital Aviation Services:<br>Attn: Contracts Lender<br>201 High Ridge Road<br>Stanford, CT 06927 | Phone: (203) 357-4901<br><br>Fax: (203) 357-4585 | Debt | | $149,754,160 |
| **GE Engine Services, Inc.** (2)<br><br>Attn: General Manager - Sales<br>1 Neumann Way<br>MD F112<br>Cincinnati, Ohio 45215 | Phone: (513) 552-4296<br><br>Fax: (513) 243-4959 | Debt | | $129,448,218 |

(1)  The Debtors will file their schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. Bankr. P. 1007.  The information contained in the Schedules may differ from the information set forth herein.  Additionally, the Debtors reserve the right to identify any of the largest unsecured claims in its Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.
(2) The amounts owing to various General Electric entities from US Airways entities are cross-collateralized and may be undersecured.

In re US Airways, Inc.   Case No.   04-
Debtor   Chapter    11

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

| Creditor | Contact | Nature of Claim | | Amount |
|---|---|---|---|---|
| **AVSA, S.A.R.L.**<br><br>Attn: Director-Contracts<br>2, Rond-Point Maurice Bellonti<br>31700 Blagnac<br>FRANCE | Tel: 33 561 30 40 12<br><br>Fax: 33 561 30 40 11 | Future Aircraft Commitments | | $88,000,000 |
| **General Electric Company, acting through its Aircraft Engines Divisions** (2)<br><br>Attn: Director, Commercial Contracts<br>One Neumann Way – F17<br>Cincinnati, OH 45215-1988 | Tel: (513) 243-2060<br><br>Fax: (513) 243-8068 | Future Aircraft Commitments | | $57,083,950 |
| **Electronic Data Systems Corporation**<br><br>5400 Legacy Drive<br>H1-3F-43<br>Plano, Texas 75024 | Phone: (972) 605-1888<br><br>Fax: (972) 797-5640 | Accounts Payable | | $16,411,439 |
| **Sabre, Inc.**<br><br>Attn: President & CEO<br>3150 Sabre Drive, MD 8311<br>Southlake, TX 76092 | Phone: (682) 605-6000<br><br>Fax: (682) 605-6500 | Accounts Payable | | $6,539,579 |
| **Worldspan**<br>Airline Sales and Marketing<br><br>300 Galleria Parkway, NW<br>Suite 400<br>Atlanta, GA 30339 | Phone: (770) 563-7277<br><br>Fax: (770) 563-4092 | Accounts Payable | | $4,111,644 |
| **Philadelphia International Airport**<br><br>Terminal E<br>Philadelphia, PA 19153 | Phone: (215) 937-6760<br><br>Fax: (215) 937-6759 | Accounts Payable | | $4,061,362 |
| **Amadeus USA**<br><br>9250 NW 36th Street Ac53<br>Miami, FL 33178 | Phone: (349) 159-21393<br><br>Fax: (349) 158-21413 | Accounts Payable | | $3,306,715 |

(2) The amounts owing to various General Electric entities from US Airways entities are cross collateralized and may be undersecured.

In re US Airways, Inc.                              Case No.    04-_____
            Debtor                                  Chapter     11_____

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Creditor | Contact | Type | | Amount |
|---|---|---|---|---|
| **Rolls Royce, Inc.**<br><br>P. O. Box 31<br>Derby, DE24 8BJ<br>UNITED KINGDOM | Phone: 44 0 1332 240 457<br><br>Fax: 44 0 332 240 303 | Accounts Payable | | $2,994,369 |
| **Charlotte Douglas International Airport**<br><br>P.O. Box 19066<br>Charlotte, NC 28219 | Phone: (704) 359-4006<br><br>Fax: (704) 359-4030 | Accounts Payable | | $2,832,686 |
| **Galileo – Cedant Corporation**<br><br>9700 West Higgins Road<br>Rosemont, IL 60018 | Phone: (973) 496-6010<br><br>Fax: (973) 496-0729 | Accounts Payable | | $2,686,783 |
| **LSG Skychefs**<br><br>P.O. Box 7247-6009<br>Philadelphia, PA 19170-6009 | Phone: (817) 792-2326<br><br>Fax: (412) 494-7314 | Accounts Payable | | $2,616,713 |
| **Transportation Security Administration**<br><br>614 Frelinghuysen Avenue<br>Newark, NJ 07114 | Phone: (571) 227-1089<br><br>Fax: (571) 227-2904 | Accounts Payable | | $2,224,081 |
| **Eurocontrol (Belgium)**<br><br>Rue de la Fusee 96<br>Bruxelles B1130<br>BELGIUM | Phone: 32 (0) 2-729 38 65<br><br>Fax: 32 (0) 2-729 90 94 | Accounts Payable | | $1,726,315 |
| **The Port Authority of NY & NJ**<br><br>LaGuardia Airport<br>Flushing, NY 11371 | Phone: (718) 533-3401<br><br>Fax: (718) 533-3421 | Accounts Payable | | $1,542,333 |
| **American Express**<br><br>Attn: Stephen Selwood<br>3 World Financial Center<br>200 Vessey Street<br>Maildrop 01-42-04<br>New York, NY 10285 | Phone: (212) 640-1976<br><br>Fax: (212) 640-0101 | Accounts Payable | | $1,300,000 |

In re US Airways, Inc.  Case No.  04-_____
　　　　Debtor  Chapter  11

# CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS
**(Continuation Sheet)**

| | | | | |
|---|---|---|---|---|
| **United Technologies Corporation**<br><br>Pratt & Whitney Division<br>Attn: Vice President, Contract Management<br>400 Main Street<br>E. Hartford, CT 06108 | Tel: (706) 586-5455<br><br>Fax: (706) 568-5975 | Accounts Payable | | $1,211,353 |
| **Pratt & Whitney Canada, Inc.**<br><br>1000 Marie-Victorin<br>Longueuil, Quebec J4G1A1<br>CANADA | Phone: (450) 677-9411<br><br>Fax: (450) 647-3620 | Accounts Payable | | $1,183,899 |
| **Allegheny County Airport**<br><br>Attn: Director of Aviation<br>County of Allegheny<br>Pittsburgh International Airport Landslide Terminal<br>Suite 4000<br>P.O. Box 12370<br>Pittsburgh, PA 15231 | Phone: (412) 472-3510<br><br>Fax: (412) 472-3505 | Accounts Payable | | $1,143,644 |
| **Massachusetts Port Authority**<br><br>P.O. Box 5853<br>Boston, MA 02206 | Phone: (617) 973-5546<br><br>Fax: (617) 973-5591 | Accounts Payable | | $972,685 |
| **Gate Gourmet Amsterdam BV**<br><br>P.O. Box 7528<br>Schiphol East 0 1117 ZG<br>NETHERLANDS | Phone: 31-206019251<br><br>Fax: 31-206015607 | Accounts Payable | | $867,321 |
| **The Boeing Company, Commercial Aircraft Division**<br><br>P. O. Box 3707 MS 6X UI<br>Seattle, WA 98124 | Phone: (206) 237-4755<br><br>Fax: (206) 237-3830 | Accounts Payable | | $828,706 |
| **Primeflight Aviation Services, Inc.**<br><br>7135 Charlotte Park<br>Nashville, TN 37209 | Phone: (615) 301-0572<br><br>Fax: (615) 301-1258 | Accounts Payable | | $826,922 |

In re US Airways, Inc._____     Case No.    04-_____
           Debtor                          Chapter    _11_____

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST
## UNSECURED CLAIMS
### (Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| **Navitaire Inc.**<br><br>901 Marquette Ave<br>Suite 600<br>Minneapolis, MN 55402-3210 | Phone: (612) 317-7000<br><br>Fax: (612) 317-7575 | Accounts Payable | | $797,874 |
| **NAAS**<br><br>111 W. Sunrise Hwy<br>Freeport, NY 11520 | Phone: (516) 868-8000<br><br>Fax: (516) 771-6862 | Accounts Payable | | $796,000 |
| **McCann Relationship (MRM)**<br><br>Attn Laurie Broederick<br>622 Third Avenue<br>New York, NY 10017 | Phone: (212) 984-2709<br><br>Fax: (646) 565-6286 | Accounts Payable | | $700,000 |
| **Metropolitan Washington Airports Authority**<br><br>Washington National Airport<br>Washington, DC 20001 | Phone: (703) 417-8003<br><br>Fax: (703) 417-8002 | Accounts Payable | | $695,748 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, an Authorized Signatory of US Airways, Inc., declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Date September 12, 2004            Signature /s/ Bruce R. Lakefield_____
                                             Authorized Signatory, US Airways, Inc.

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571.*

\\FIN\216692