Brian P. Leitch, Esq.
Daniel M. Lewis, Esq.
Michael J. Canning, Esq.
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
(303) 863-1000
         - and -
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
         - and -
399 Park Avenue
New York, New York 10022
(212) 715-1000

Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
David I. Swan, Esq.
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5000

*Counsel to the Debtors and Debtors-in-Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 04-13819-SSM |
| ) | Jointly Administered |
| US AIRWAYS, INC., <u>et al.</u>,[1] ) | Chapter 11 |
| ) | Hon. Stephen M. Mitchell |
| Debtors. ) | |
| ) | |

**BRIDGE ORDER PURSUANT TO 11 U.S.C. § 365(d)(4)
FURTHER EXTENDING THE DEADLINE TO ASSUME, ASSUME AND ASSIGN,
<u>OR REJECT UNEXPIRED LEASES OF NONRESIDENTIAL REAL PROPERTY</u>**

This matter has come before the Court upon the motion of the Debtors and debtors-in-possession to extend the Debtors' deadline to assume, assume or assign, or reject unexpired leases of nonresidential real property (the "Motion").[2]  The Court having reviewed the Motion, the Court finds that (i) it has jurisdiction over the matters raised in

---

[1] The Debtors are the following entities: US Airways, Inc., US Airways Group, Inc., PSA Airlines, Inc., Piedmont Airlines, Inc. and Material Services Company, Inc.

[2] Unless otherwise defined herein, all capitalized terms shall have the meaning ascribed to them in the Motion.

the Motion pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, (iv) proper and adequate notice of the Motion has been given and that no other or further notice is necessary, and (v) good and sufficient cause exists for the granting of the interim relief requested in the Motion after having given due deliberation upon the Motion.  Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED.

2. Pursuant to section 365(d)(4) of the Bankruptcy Code, the period within which the Debtors must assume, assume and assign, or reject any and all unexpired leases of nonresidential real property (collectively, the "Unexpired Nonresidential Real Property Leases") is hereby extended on an interim basis until such time as the Court enters a final order with respect to the Motion.

3. The entry of this Order is without prejudice to the Debtors' right to seek from this Court further extensions of the period within which the Debtors may assume, assume and assign, or reject any or all of the Unexpired Nonresidential Real Property Leases.

4. The entry of this Order is without prejudice to any and all rights, claims, and/or defenses that the Debtors may have with respect to the Unexpired Nonresidential Real Property Leases, including, but not limited to, the right to argue that any such lease has expired or is otherwise terminated, or that any such lease is not a nonresidential real property lease.

5. Nothing in the Motion or this Order shall be deemed an assumption, assumption and assignment, or rejection of any Unexpired Nonresidential Real Property Lease.

6.   This Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

7.   Notwithstanding any Federal Rule of Bankruptcy Procedure to the contrary, this Order shall take effect immediately upon its entry.

Dated: Alexandria, Virginia
       August __, 2005

_____
HONORABLE STEPHEN S. MITCHELL
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

Brian P. Leitch, Esq.
Daniel M. Lewis, Esq.
Michael J. Canning, Esq.
ARNOLD & PORTER LLP

370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
(303) 863-1000
    - and -
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000
    - and -
399 Park Avenue
New York, New York 10022
(212) 715-1000

- and -


   /s/ Douglas M. Foley
Lawrence E. Rifken, Esq. (VSB No. 29037)
Douglas M. Foley, Esq. (VSB No. 34364)
David I. Swan, Esq.
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5000

*Counsel to the Debtors and Debtors-in-Possession*