Sep 22 04 04:35p    AMERIBRIDGE                317 826 2005              p.2

Ameribridge Services, a Division of
American Steel Builders, Inc.
PO Box Poinciana Drive
Indianapolis, IN 46235-2520

**PH. 317/826-2000**
**FAX 317/826-2005**

| AT | 08/11/04 |
| --- | --- |

| INVOICE NO. | 2838-0 |
| --- | --- |
| TERMS | 0.00% 30 DAYS |

INVOICE TO  USA54079                     SHIP TO

| US AIRWAYS, INC/JOHN DOMENICO | US AIRWAYS |
| --- | --- |
| PITTSBURGH INT'L AIRPORT | TICKET COUNTER |
| HANGER 3,GSE /PO BOX 12348 | 1200 AIRPORT RD. |
| PITTSBURGH PA 15231 | SOUTH BURLINGTON VT 05403 |

| ORDER DATE | 08/06/04 | DATE SHIPPED | 08/06/04 |
| --- | --- | --- | --- |
| CUST. ORDER | | SHIPPED VIA | UPS NDA |
| PROJ MGR | | JOB NUMBER | 545TB |
| OUR ORDER # | 2838 | | |

| ORDER | SHIP | ITEM | DESCRIPTION | UNIT | UNIT-PRICE | TOTAL |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 2002998AMB | ACTUATOR,LINEAR(CANOPY)12"STRK A12-20B5-12JF(9220-103120) | EACH | 845.000 | 845.00 |
| 1 | 1 | | SHIPPING AND HANDLING | | 68.680 | 68.68 |
| | | | | NON-TAXABLE | | 913.68 |
| | | | | TAXABLE | | .00 |
| | | | | ** TOTAL DUE | | 913.68 |

Sep 22 04 04:35p      AMERIBRIDGE                317 826 2005                p.3

Ameribridge Services, a division of
American Steel Builders, Inc.
6425 Poindexter Drive
Indianapolis, IN  46235-0040

PH. 317/826-2000
FAX 317/826-2005

AUG  08/31/04

INVOICE NO.      2839-0
TERMS   0.00% 30 DAYS

INVOICE TO  USA5450S                    SHIP TO

US AIRWAYS/JOHN DOMENICO        US AIR CARGO/FLL
PITTSBURGH INT'L AIRPORT
P.O. BOX 12346/HANGER 3,GSE
PITTSBURGH PA 15231

ORDER DATE      08/10/04        DATE SHIPPED    08/10/04
CUST. ORDER                     SHIPPED VIA     R&L
PROJ MGR                        JOB NUMBER      5450S
OUR ORDER #     2839

| ORDER | SHIP | ITEM | DESCRIPTION | UNIT | UNIT-PRICE | TOTAL |
|-------|------|------|-------------|------|------------|-------|
| 1 | 1 | | USED-R-SIDE CAB CURTAIN ALUMINUM | | | |
| 1 | 1 | | LABOR ONLY | | 200.000 | 200.00 |
| 1 | 1 | | SHIPPING AND HANDLING | | 188.750 | 188.75 |

|  | NON-TAXABLE | 388.75 |
|--|-------------|--------|
|  | TAXABLE | .00 |
|  | ** TOTAL DUE | 388.75 |

③

Sep 22 04 04:36p        AMERIBRIDGE                 317 826 2005              p.4

Ameribridge Services & Systems of
American Steel Bridges, Inc.
5466 Schoolwater Drive
Indianapolis, IN 46268 8040

PH. 317/826-2000
FAX 317/826-2005

DATE  09/10/04

INVOICE NO.      2860-0
TERMS   0.00% 30 DAYS

INVOICE TO  USA.5470B                    SHIP TO

| US AIRWAYS, INC. | US AIRWAYS, INC. |
|---|---|
| PITTSBURGH INT'L AIRPORT | PHILADELPHIA INT'L AIRPORT |
| HANGER 3, GSE OFFICE, BOX 12346 | GSE SHOP/DOOR#17/CARGO BLDG C7 |
| PITTSBURGH PA 15231 | PHILADELPHIA PA 18153 |

| ORDER DATE | 09/07/04 | DATE SHIPPED | 09/07/04 |
|---|---|---|---|
| CUST. ORDER | VERBAL J.DOMENICO | SHIPPED VIA | UPS NDA |
| PROJ MGR | JD | JOB NUMBER | 5470B |
| OUR ORDER # | 2860 | | |

| ORDER | SHIP | ITEM | DESCRIPTION | UNIT | UNIT-PRICE | TOTAL |
|---|---|---|---|---|---|---|
| 1 | 1 | 2002999AMB | ACTUATOR,LINEAR(CANOPY)12"STRK A12-20B5-12JE(9220-103120.) | EACH | 945.000 | 945.00 |
| 1 | 1 | | SHIPPING AND HANDLING | | 63.120 | 63.12 |

THANK YOU. SERVICE CHARGE 1.5% PER MONTH
ADDED AFTER 30 DAYS.

| | |
|---|---|
| NON-TAXABLE | 1,008.12 |
| TAXABLE | .00 |
| ** TOTAL DUE | 1,008.12 |

④

"AMERIBRIDGE PROJECT ADVISEMENT****INTERNAL USE ONLY**

REVISION BY _____

| | | |
|---|---|---|
| **SOLD TO:** US AIRWAYS ATTN: LEIGH ANN WOODBURY 2345 CRYSTAL DRIVE ARLINGTON, VA 22227 | **JOB#:** | 8345J   **PM:**   CS |
| **SHIP TO:** ORF | **DATE:** | 1/21/04 |
| | **REVISION DATE:** | |
| | **QUOTE # :** | |
| | **TERMS OF PAYMENT:** | 30 DAYS |
| **APPROVAL DRAWINGS:**   YES   NO X | **P.O.#:** | |
| **DATE DRAWINGS REQUIRED:** N/A | **F.O.B. POINT:** | IND |
| **COMPLETE JOB DATE:** | **ROUTING REQUESTED:** | |
| **MATERIAL AT JOB SITE:** | **FIELD START DATE:** | 1/22/04 |
| **CUSTOMER CONTACT:**   LEIGH ANN WOODBURY | **ITEM FOR RESALE:**   YES   NO   X | |
| **TELEPHONE NUMBER:**   (703) 872-7184 | **TAX EXEMPT #:** | |
| **FAX NUMBER:**   (703) 872-7986 | **ORIGINAL CONTRACT:** | $116,390.00 |
| US AIR/ORF/REFURB & INSTALL | **CHANGE ORDERS TO DATE:** | |
| | **REVISED CONTRACT:** | |

PICK UP & TRANSPORT (1) PBB FROM FLL TO AMERIBRIDGE
REFURBISH PBB IN AMERIBRIDGE SHOP AS PER QUOTE
TRANSPORT PBB TO ORF & INSTALL
TAKE DOWN & SCRAP EXISTING PBB IN ORF
TRANSFER PC AIR UNIT FROM EXISTING BRIDGE TO REFURBED BRIDGE
INSTALL OWNER PROVIDED 400HZ UNIT & CABLE HOIST.

| SPECIAL INSTRUCTIONS: | SUBTOTAL: | $116,390.00 |
|---|---|---|
| | TAXES | |
| | FREIGHT | |
| | TOTAL | $116,390.00 |

⑤

Sep 22 04 04:36p    AMERIBRIDGE              317 826 2005              p.6

# ORF - Regional Jet Passenger Boarding Bridge Modifications

## Construction Agreement

### between

### US Airways, Inc.

### and

### Ameribridge Services, Inc.

Contract No:  F-ORF-04-03
Date:  February 9, 2004

## CONTINUATION SHEET

Ameribridge Services Job #8345J
USAR/FILL TO ORF REFURB
USAR CONTRACT # F-ORF-04-03

AIA DOCUMENT G703

PAGE 1 OF 1 PAGE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| APPLICATION NUMBER: | 3 |
| APPLICATION DATE: | 6/22/04 |
| PERIOD TO: | 6/22/04 |
| PROJECT NUMBER: | 8345J |

| ITEM | DESCRIPTION OF WORK FILL TO ORF REFURB AND INSTALL O.G. 38320 | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATIONS (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) |
|---|---|---|---|---|---|---|---|---|
| | **Norfolk International Airport** | | | | | | | |
| 1 | Replace Canopy material | $ 6,854.00 | $ 6,854.00 | | | $ 6,854.00 | 100% | $ - |
| 2 | Replace tires and tube kits | $ 2,700.00 | $ 2,700.00 | | | $ 2,700.00 | 100% | $ - |
| 3 | Install safety chain | $ 250.00 | $ 250.00 | | | $ 250.00 | 100% | $ - |
| 4 | Install Ameribridge CRJ Floor | $ 12,960.00 | $ 12,960.00 | | | $ 12,960.00 | 100% | $ - |
| 5 | Paint interior and exterior | $ 10,750.00 | $ 10,750.00 | | | $ 10,750.00 | 100% | $ - |
| 6 | Repair minor rust damage | $ 2,500.00 | $ 2,500.00 | | | $ 2,500.00 | 100% | $ - |
| 7 | Replace marine grade plywood | $ 1,000.00 | $ 1,000.00 | | | $ 1,000.00 | 100% | $ - |
| 8 | Replace carpet | $ 2,750.00 | $ 2,750.00 | | | $ 2,750.00 | 100% | $ - |
| 9 | Replace ACF floor ckt boards | $ 1,500.00 | $ 1,500.00 | | | $ 1,500.00 | 100% | $ - |
| 10 | Replace lift column electrical | $ 850.00 | $ 850.00 | | | $ 850.00 | 100% | $ - |
| 11 | Replace exterior tunnel flooring | $ 1,850.00 | $ 1,850.00 | | | $ 1,850.00 | 100% | $ - |
| 12 | Replace auto level wheel & sw. | $ 450.00 | $ 450.00 | | | $ 450.00 | 100% | $ - |
| 13 | Perform rotunde column mod. | $ 4,700.00 | $ 2,350.00 | $ 2,350.00 | | $ 4,700.00 | 100% | $ - |
| 14 | Miscellaneous repairs | $ 2,500.00 | $ 2,500.00 | | | $ 2,500.00 | 100% | $ - |
| 15 | Load PLB in FLL | $ 4,000.00 | $ 4,000.00 | | | $ 4,000.00 | 100% | $ - |
| 16 | Transport PLB from FLL to IND | $ 8,458.00 | $ 8,458.00 | | | $ 8,458.00 | 100% | $ - |
| 17 | Transport PLB from IND to ORF | $ 6,957.00 | | $ 6,957.00 | | $ 6,957.00 | 100% | $ - |
| 18 | Install PLB in ORF | $ 11,497.00 | | $ 11,497.00 | | $ 11,497.00 | 100% | $ - |
| 19 | Scrap existing PLB in ORF | $ 11,000.00 | | $ 11,000.00 | | $ 11,000.00 | 100% | $ - |
| 20 | Move pca from old to new PLB | $ 5,877.00 | | $ 5,877.00 | | $ 5,877.00 | 100% | $ - |
| 21 | Provide power cable for PCA | $ 2,300.00 | $ 2,300.00 | | | $ 2,300.00 | 100% | $ - |
| 22 | Provide and install panto for pca | $ 4,705.00 | $ 4,705.00 | | | $ 4,705.00 | 100% | $ - |
| 23 | Install supplied 400hz and hoist | $ 3,720.00 | | $ 3,720.00 | | $ 3,720.00 | 100% | $ - |
| 24 | Provide & install panto for 400hz | $ 3,862.00 | $ 3,862.00 | | | $ 3,862.00 | 100% | $ - |
| 25 | Provide power cable for 400hz | $ 2,300.00 | $ 2,300.00 | | | $ 2,300.00 | 100% | $ - |
| 26 | CO #1 Provide pca side mnt | $ 2,050.00 | | $ 2,050.00 | | $ 2,050.00 | 100% | $ - |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | | | | | | | | |
| | **TOTAL FOR PAGE 1** | $ 118,440.00 | $ 74,889.00 | $ 43,551.00 | | $ 118,440.00 | 100% | $ - |

⑦

# AMERIBRIDGE →

## SERVICES

February 26, 2004

US Airways
2345 Crystal Drive
Arlington, Va. 22227
Attn: Mr. Oscar Martin
CC: Ms. Pam Hilliard via fax # 703-872-6292

Re: Final scope of work and pricing for FLL refurbishment and installation

Mr. Martin,

Below please find the finalized scope of work and pricing for the refurbishment and installation of the FLL PLB in storage. In addition to the scope and pricing please review our proposed refurbishment and installation schedule.

### Refurbishment Items and pricing:

| | |
|---|---|
| 1) Replace canopy material~ | $  6,854.00 |
| 2) Replace tires and tube kits= | $  2,700.00 |
| 3) Install Ameribridge CRJ floor extension= | $12,960.00 |
| 4) Repair minor rust damage on sides and bottom of bridge= | $  2,500.00 |
| 5) Replace ACF floor auto leveler boards= | $  1,500.00 |
| 6) Replace lift column electrical= | $    850.00 |
| 7) Replace exterior tunnel flashing= | $  1,840.00 |
| 8) Provide spool for column and base plate modification~ | $  4,700.00 |
| **Total for all refurbishment items=** | **$33,904.00** |

### Installation:

| | |
|---|---|
| 1) Take down and scrap existing radial bridge= | $  9,200.00 |
| 2) Install newly refurbished PLB at Gate 3= | $13,447.00 |
| **Total for installation~** | **$22,647.00** |

**TOTAL FOR ALL PROPOSED WORK=**            $56,551.00

(9)

## PASSENGER BOARDING BRIDGE CONSTRUCTION AGREEMENT
## BETWEEN US AIRWAYS, INC. AND AMERIBRIDGE SERVICES, INC.

### SPECIFICATION OF THE WORK & FEES

**1.0    SITE**

Work will be provided at the following Site:

Ft. Lauderdale International Airport
200 Terminal Drive
Fort Lauderdale, FL 33315

**2.0    SPECIFICATION OF WORK**

2.1    Contractor will provide all necessary supervision, labor, equipment and materials to refurbish one (1) Passenger Boarding Bridge. In performing such Work, Contractor will:

2.1.1    Replace the canopy material
2.1.2    Replace the tires and tube kits
2.1.3    Remove the rail and kick plate and install safety chain
2.1.4    Repair minor dust damage to sides and bottom of bridge
2.1.5    As needed, replace the sheets of marine grade plywood flooring
2.1.6    Replace the carpet
2.1.7    Replace the Articulating Cab Floor auto-leveler boards
2.1.8    Replace the lift column electrical cables
2.1.9    Replace the exterior tunnel flashing
2.1.10   Replace the auto-level wheel and limit switches
2.1.11   Provide spool for column and baseplate modifications
2.1.12   Provide additional miscellaneous repairs as required to bring the Passenger Boarding Bridge to "like new" appearance and operation.

2.2    Contractor will provide all necessary supervision, labor, equipment and materials to relocate the one (1) refurbished Passenger Boarding Bridge. Such work will include removing the Passenger Boarding Bridge from storage, transporting it to the desired location, and preparing it for installation at Gate E-3.

2.3    Contractor will provide all necessary supervision, labor, equipment and materials to install (1) Passenger Boarding Bridge. Such work will include the following: Removal of existing radial bridge on Gate E-3. Scrap, dispose and provide written evidence indicating the bridge was scrapped. After removal of existing bridge, install the refurbished bridge in its place.

2.4    Contractor will provide all necessary training to US Airways personnel in the operation and maintenance of the bridge.

**3.0    SCHEDULE**

3.1    Contractor will start the Work on or about June 7, 2004 and complete all Work not later than July 14, 2004.

**4.0    RATES AND TERMS OF PAYMENT**

4.1    The amount due hereunder for the Work will be fifty-six thousand, five hundred and fifty-one dollars ($56,551).

Contract No: FP0402-0015
Date: February 26, 2004

⑩

# U.S. AIRWAYS
## FORT LAUDERDALE
## ANCILLARY EQUIPMENT INSTALLATION

THE FOLLOWING IS A QUOTATION FOR THE RE-INSTALLATION OF 400HZ AND PC-AIR UNITS AT GATE E-3
AT FORT LAUDERDALE/HOLLYWOOD INTERNATIONAL AIRPORT (FLL).

| | |
|---|---:|
| 1 REMOVE EXISTING 20TON PC-AIR UNIT AND INSTALL NEW 30TON UNIT AT E3 | $4,205.00 |
| 2 PROVIDE AND INSTALL (1) 3 1/2" ALUMINUM PANTOGRAPH FOR PC AIR INPUT CABLE | $3,972.00 |
| 3 CRATING AND SHIPPING CHARGE FOR PANTOGRAPH FROM IND TO FLL | $546.25 |
| 4 PROVIDE 150' OF 4C 2AWG INPUT POWER CABLE FOR PC AIR (INSTALLED IN PANTOGRAPH) | $2,300.00 |
| **TOTAL PRICE TO TRANSPLANT EXISTING PC-AIR UNIT** | **$11,023.25** |

### AND

| | |
|---|---:|
| 4 REMOVE EXISTING 400 HZ UNIT FROM GATE THREE INSTALL NEW PWM UNIT | $3,997.00 |
| **TOTAL PRICE TO TRANSPLANT EXISTING 400 HZ UNIT** | **$3,997.00** |
| **TOTAL PRICE TO RE-INSTALL BOTH THE 400HZ AND PC-AIR UNITS** | **$15,020.25** |

*TOTAL FOR ALL ADDITIONAL WORK FOR FLL*     **$25,388.03**

(12)

Ameribridge Services, A Division of
American Steel Building,
8625 Poindexter Drive
Indianapolis, IN  46236-9040

PH. 317/826-2000
FAX 317/826-2005

DATE 06/31/04

INVOICE NUMBER      13900
TERMS       0.00% 30 DAYS

INVOICE TO USA8381F

SHIP TO

US AIRWAYS INC.
ATTN: MELISSA BURNARD
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

FLL

| ORDER DATE | 04/07/04 | BILLING DATE | 05/31/04 |
| CUST ORDER # | FP0402-0016 | SHIP VIA | |
| PROJ MGR | | JOB | 8381F |

FLL        FACILITIES/OSCAR MARTIN

| ORD QT SHP | DESCRIPTION | TOTAL |
| --- | --- | --- |
| | SEE ATTACHED SCHEDULE OF VALUES | |
| | ORIGINAL CONTRACT AMOUNT FOR TOTAL PROJECT: | |
| | | $56,551.00 |
| | TOTAL EARNED TO DATE: | $29,729.00 |
| | LESS RETAINAGE: | N/A |
| 1   1 | AMOUNT DUE THIS INVOICE | 29729.00 |
| | SUBTOTAL | 29,729.00 |
| | ** TOTAL DUE | 29,729.00 |

THANK YOU.

⑬

PH. 317/826-2000
FAX 317/826-2005

INVOICE NUMBER    13007
TERMS          0.00% 30 DAYS

INVOICE TO SCATELLE               SHIP TO

US AIRWAYS INC.                   FLL
ATTN: OSCAR MARTIN
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

ORDER DATE      04/07/07          BILLING DATE    06/30/04
CUST ORDER #    FP0402-0015       SHIP VIA
PROJ MGR                          JOB             8361F

| ORD QT SHP DESCRIPTION | TOTAL |
|---|---|
| ORIGINAL CONTRACT AMOUNT: | $56,551.00 |
| CHANGE ORDERS: | 0 |
| TOTAL EARNED TO DATE: | $56,551.00 |
| TOTAL EARNED THIS BILLING: | $26,822.00 |
| LESS RETAINAGE: | N/A |
| LESS PREVIOUS INVOICES: | $29,729.00 |
| 1  1 AMOUNT DUE THIS INVOICE | 26822.00 |
| | SUBTOTAL    26,822.00 |
| | **  TOTAL DUE    26,822.00 |

THANK YOU.

ORIGINAL INVOICE
FROM 6/30/04 - REPLACED
BY 13387 + 13387-1
AT OSCAR MARTIN'S
REQUEST.

Sep 22 04 04:37p      AMERIBRIDGE              317 826 2005            p.14

## SCHEDULE OF VALUES

Ameribridge Services Job # 8381F
USAIR / FLL / REFURB & INSTALL
USAIR CONTRACT # FPO402-0015

AIA DOCUMENT G703

APPLICATION NUMBER:
APPLICATION DATE: 5/26/2004
PERIOD TO: 5/26/2004
PROJECT NUMBER: 8381F

PAGE 1 OF · PAGE

INSTALL O.G. 37962

| ITEM | DESCRIPTION OF WORK FLL REFURB AND INSTALL | SCHEDULED VALUE | WORK COMPLETED FROM PREVIOUS APPLICATIONS (D+E) | WORK COMPLETED THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G/C) | BALANCE TO FINISH (C-G) |
|------|---------------------------------------------|------------------|-----------------------------------------------|----------------------------|---------------------------------------------|---------------------------------------------|---------|--------------------------|
| 1 | Replace Canopy material | $ 6,854.00 | $ 6,854.00 | $ - | | $ 6,854.00 | 100% | $ - |
| 2 | Replace tires and tube kits | $ 2,700.00 | $ 2,700.00 | $ - | | $ 2,700.00 | 100% | $ - |
| 4 | Install Ameribridge CRJ Floor | $ 12,960.00 | $ 12,960.00 | $ - | | $ 12,960.00 | 100% | $ - |
| 7 | Repair minor rust damage | $ 2,500.00 | $ 1,125.00 | $ 1,375.00 | | $ 2,500.00 | 100% | $ - |
| 11 | Replace ACF floor ckt boards | $ 1,500.00 | $ 1,500.00 | $ - | | $ 1,500.00 | 100% | $ - |
| 12 | Replace lift column electrical | $ 850.00 | $ 550.00 | $ 300.00 | | $ 850.00 | 100% | $ - |
| 13 | Replace exterior tunnel flashing | $ 1,840.00 | $ 1,840.00 | $ - | | $ 1,840.00 | 100% | $ - |
| 15 | Perform rotunda column mod | $ 4,700.00 | $ 2,200.00 | $ 2,500.00 | | $ 4,700.00 | 100% | $ - |
| 20 | Install PLB in FLL | $ 13,447.00 | $ - | $ 13,447.00 | | $ 13,447.00 | 100% | $ - |
| 21 | Scrap existing PLB from FLL | $ 9,200.00 | $ - | $ 9,200.00 | | $ 9,200.00 | 100% | $ - |
| | Sales Tax | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |
| 31 | TOTAL FOR PAGE 1 | $ 56,551.00 | $ 29,729.00 | $ 26,822.00 | | $ 56,551.00 | 100% | $ - |

⑮

Ameribridge Services, A Division of
American Steel Builders, I.
5425 Poindexter Drive
Indianapolis, IN 46235-9040

PH. 317/826-2000
FAX 317/826-2005

DATE      07/26/04

INVOICE NUMBER    13387
TERMS          0.00% 30 DAYS

INVOICE TO USA8381F                SHIP TO

    US AIRWAYS, INC.              FLL
    ATTN: OSCAR MARTIN
    2345 CRYSTAL DRIVE
    ARLINGTON, VA 22227

ORDER DATE     04/07/04           BILLING DATE    06/30/04
 UST ORDER #   FP0402-0015        SHIP VIA
 ROJ MGR                          JOB             8381F

| QTY ORD | QT SHP | DESCRIPTION | TOTAL |
|---|---|---|---|
| | | ORIGINAL CONTRACT AMOUNT: | $56,551.00 |
| | | CREDIT FOR OUR PURCHASE OF (3) US AIRWAYS OWNED 400HZ UNITS | -$ 6,000.00 |
| | | CREDIT FOR GATE E3 RJ MODIFICATION (SEPERATE INVOICE ATTACHED) | -$12,960.00 |
| | | REVISED CONTRACT AMOUNT: | $37,591.00 |
| | | TOTAL EARNED TO DATE: | $37,591.00 |
| | | LESS RETAINAGE: | N/A |
| | | LESS PREVIOUS INVOICES: | $29,729.00 |
| | | TOTAL EARNED THIS BILLING: | $ 7,862.00 |
| | 1 | AMOUNT DUE THIS INVOICE: | 7862.00 |

                                        SUBTOTAL        7,862.00

                                  **    TOTAL DUE       7,862.00

THANK YOU.

# US AIR FLL BRIDGE REFURBISHMENT AND INSTALLATION

## EXTRA WORK

| | | |
|---|---|---|
| 1 | REPLACE UPPER ROTUNDA CURTAIN MOUNT ASSEMBLY | $500.00 |
| 2 | REMOVE ROTUNDA CURTAIN BARREL FROM RADIAL AND INSTALL IN 58/110 | $997.00 |
| 3 | PROVIDE AND INSTALL CAB ROTATE MOTOR AND SPROCKET TO REPLACE MISSING MOTOR. INCLUDES SHIPPING | $958.00 |
| 4 | REPLACE ALL RIBBED RUBBER AND POUND DOWN IN BUBBLE AREA AS PER PAT DORISMOND.  NOTE:  US AIR TO PROVIDE ALL MATERIALS | $1,557.00 |
| 5 | PROVIDE AND REPLACE DAMAGED MARINE GRADE PLYWOOD SHEETING IN THE BUBBLE AREA AS WELL AS THE FRONT OF THE 'C' TUNNEL AS PER PAT DORISMOND | $2,792.00 |
| 6 | RE-CARPET ENTIRE BRIDGE AS PER PAT DORISMOND. NOTE: US AIRWAYS TO PROVIDE ALL MATERIALS | $1,250.00 |

**TOTAL FOR REFURBISHMENT PORTION**               **$8,054.00**

## ADDITIONAL ITEMS NOT UNDER CONTRACT

| | | |
|---|---|---|
| 1 | PAYMENT AND PERFORMANCE BONDS @ 2.5% OF THE CONTRACT | $1,413.78 |
| 2 | FOUNDATION ENGINEERING VERIFICATION | $900.00 |

**TOTAL FOR ADDITIONAL ITEMS NOT UNDER CONTRACT**       **$2,313.78**

**TOTAL CHANGE ORDERS REQUIRED**       **$10,367.78**

Sep 22 04 04:38p     AMERIBRIDGE          317 826 2005          P.17

Ameribridge Services, A Division of
American Steel Builders, I
5425 Poindexter Drive
Indianapolis, IN 46235-9040

PH. 317/826-2000
FAX 317/826-2005

| DATE | 7/26/04 |

INVOICE NUMBER      13387-1
TERMS      0.00%  30 DAYS

INVOICE TO USA8381F                    SHIP TO

    US AIRWAYS, INC.                    FLL
    ATTN: OSCAR MARTIN
    2345 CRYSTAL DRIVE
    ARLINGTON, VA 22227

ORDER DATE    04/07/04              BILLING DATE    06/30/04
CUST ORDER #  FP0402-0015           SHIP VIA
PROJ MGR                            JOB             8381F

QTY ORD QT SHP DESCRIPTION                                    TOTAL

        GATE E3 FLL - RJ MODIFICATIONS

        ORIGINAL CONTRACT AMOUNT:          $12,960.00

        CHANGE ORDERS:                         0

        TOTAL EARNED TO DATE:              $12,960.00

        LESS RETAINAGE:                      N/A

L       1  AMOUNT DUE THIS INVOICE                   12960.00

                                  SUBTOTAL          12,960.00
                              **     TOTAL DUE       12,960.00

THANK YOU.

⑰

Sep 22 04 04:38p     AMERIBRIDGE          317 826 2005           p.18

Ameribridge Services, A Di    ion of
American Steel Builders, Inc.
5425 Poindexter Drive
Indianapolis, IN  46235-9040

PH. 317/826-2000
FAX 317/826-2005

DATE 07/27/04

INVOICE NUMBER    13408
TERMS      0.00% 30 DAYS

INVOICE TO USA0381X

SHIP TO

US AIRWAYS, INC.
OSCAR MARTIN
2945 CRYSTAL DRIVE
ARLINGTON VA  22227

FLL

ORDER DATE      07/01/04
CUST ORDER #
PROJ MGR

BILLING DATE    07/27/04
SHIP VIA
JOB             8381X

| ORD | QT | SHP | DESCRIPTION | | TOTAL |
|-----|----|----|-------------|--|-------|
| | | | GATE E3 FLL - EXTRA WORK AS PER ATTACHED QUOTATION | | |
| | | | ORIGINAL CONTRACT AMOUNT: | $25,388.03 | |
| | | | CHANGE ORDERS: | 0 | |
| | | | TOTAL EARNED TO DATE: | $25,388.03 | |
| | | | LESS RETAINAGE: | N/A | |
| 1 | 1 | | AMOUNT DUE THIS INVOICE | | 25388.03 |
| | | | SUBTOTAL | | 25,388.03 |
| | | | ** TOTAL DUE | | 25,388.03 |

THANK YOU.

⑱

Sep 22 04 04:38p     AMERIBRIDGE              317 826 2005          p.19

SEP-10-2004 09:20 AM    MATRIX @ M.I.A        305 869 1362         P.01

**MATRIX SYSTEMS, INC.**
Post-It® Fax Note   7671

To: CHAD S.          From: LEE LEVENSON
Co./Dept.: AMERIBRIDGE   Co.: MATRIX SYSTEMS
Phone #:              Phone #: 921-869-3692
Fax #: 317-826-2005   Fax #: 305 869 1362

THIS IS NOT INVOICE, SERVICE TICKET ONLY

| | |
|---|---|
| CUSTOMER: AMERIBRIDGE SERVICES INC. | REPORT NO. 32084-2 |
| ATTN: CHAD SLOAN | DATE 9/9/2004 |
| ADDRESS: 8408 POINDEXTER DRIVE | TIME 3:00PM |
| | BY Chad Sloan |
| CITY: INDIANAPOLIS | DATE SERVICE 9/1/2004  1:00PM to 3:00PM & |
| ST-ZIP: IN, 48239 | WAS PERFORMED 9/8/2004  3:00PM to 9:30PM |
| TELEPHONE: 317-826-2004 X 100 | EQUIPMENT NO. Jetway E-3 |
| E-MAIL: | SERIAL NO. |

BILLABLE SERVICE: YES          WARRANTY: NO

MAINTENANCE SERVICE AGREEMENT: N/A     CONTRACT #     TAM INSTALL: NO

CUSTOMER IS DOING CONTRACT WORK AT FT. LAUD / HLWD INT'L AIRPORT FOR HEAD
CUSTOMER REQUESTED THAT THE MATRIX READERS AT E-3 JETWAY BE RECONNECTED SINCE RENOVATIONS ARE DONE

9-1-2004: FOUND THAT THE WIRING PREVIOUSLY DISCONNECTED AND SECURED HAS BEEN TOTALLY TORN APART AND THE MATRIX RS-232 CONNECTOR NOW MISSING. CONTACTED CHAD S. REINSTALLED METAL BOX... 

| PART NO. | | QTY UNIT | TOTAL UNIT | LABOR | HRS/RATE | TOTAL COST |
|---|---|---|---|---|---|---|
| | | | | STANDARD TIME | 5.00  $100.00 | $500.00 |
| | | | | OVERTIME | 0.00  $150.00 | $0.00 |
| | | | | PREMIUM TIME | 0.00  $200.00 | $0.00 |
| | | | | TOTAL LABOR | | $500.00 |

| | | MILES | RATE | MILEAGE CHARGE | PARKING/TOLLS | TOTAL TRANS. |
|---|---|---|---|---|---|---|
| TOTAL PARTS | 0.00  TOTAL LABOR  $500.00 | 0.00 | $0.41 | $0.00 | $0.00 | $0.00 |

$500.00

I HEREBY AUTHORIZE REPAIR OF THE EQUIPMENT OR PERFORMANCE OF THE SERVICE

CUSTOMER P.O. NUMBER           PRINT NAME:   CHAD SLOAN

| COMPLETED BY | DATE | CUSTOMER SIGNATURE | DATE |
|---|---|---|---|
| LEE LEVENSON | 9/9/2004 | VERBAL APPROVAL | 9/9/2004 |

THIS IS NOT AN INVOICE. YOU WILL RECEIVE A SEPARATE INVOICE IF CHARGES ARE APPLICABLE.

(19)

*AMERIBRIDGE PROJECT ADVISEMENT***INTERNAL USE ONLY**

REVISION BY _____

| | |
|---|---|
| **SOLD TO:**<br>US AIRWAYS, INC.<br>2345 CRYSTAL<br>ARLINGTON, VA 22227 | **JOB#:**   8393F   **PM:** JD<br>**DATE:**   5/3/04<br>**REVISION DATE:** |
| **SHIP TO:**<br>GSO | **QUOTE # :**   3560<br>**TERMS OF PAYMENT:**   30 DAYS |
| **APPROVAL DRAWINGS:**   YES X   NO | **P.O.#:**   VERBAL PAT DORISMOND |
| **DATE DRAWINGS REQUIRED:** BY JOB COMPLETION | **F.O.B. POINT:** |
| **COMPLETE JOB DATE:**   TBD | **ROUTING REQUESTED:** |
| **MATERIAL AT JOB SITE:**   TBD | **FIELD START DATE:**   TBD |
| **CUSTOMER CONTACT:**   PAT DORISMON | **ITEM FOR RESALE:**   YES   NO   X |
| **TELEPHONE NUMBER:**   (703) 872-5970 | **TAX EXEMPT #:** |
| **FAX NUMBER:**   (703) 359-3021 | **ORIGINAL CONTRACT:**   $232,500.00 |
| **US AIR/GSO/RADIAL EXTENSIONS** | **CHANGE ORDERS TO DATE:**<br>**REVISED CONTRACT:** |

EXTEND GATES 42, 45, & 46 PER DRAWINGS PRODUCED BY GARY

| | | |
|---|---|---|
| **SPECIAL INSTRUCTIONS:**<br>SEE GARY PER QUOTE FILE FOR DRAWINGS | **SUBTOTAL:** | $232,500.00 |
| | **TAXES** | |
| | **FREIGHT** | |
| | **TOTAL** | |

**Agreement for Passenger Boarding Bridge RJ Modifications**
**Gates at 42, 44 and 45 at GSO**

**between**

**US Airways, Inc.**

**and**

**Ameribridge Service, Inc.**

Contract No: F-MIS-2004-031
Date: May 18, 2004

*AMERIBRIDGE PROJECT ADVISEMENT****INTERNAL USE ONLY**

REVISION BY _____

| | |
|---|---|
| **SOLD TO:**<br>US AIRWAYS, INC<br>ATTN: LEIGH ANN WOODBURY<br>2345 CRYSTAL DRIVE<br>ARLINGTON, VA 22227 | **JOB#:**            8401F        PM:  JD |
| | **DATE:**            5/15/04 |
| **SHIP TO:**<br>ORF | **REVISION DATE:** |
| | **QUOTE # :**              3557 |
| | **TERMS OF PAYMENT:**    30 DAYS |
| **APPROVAL DRAWINGS:**    YES    NO X | **P.O.#:**             VERBAL PER LEIGH ANN |
| **DATE DRAWINGS REQUIRED:** N/A | **F.O.B. POINT:**    IND |
| **COMPLETE JOB DATE:**    TBD | **ROUTING REQUESTED:** |
| **MATERIAL AT JOB SITE:**  5/24/04 | **FIELD START DATE:**       5/24/04 |
| **CUSTOMER CONTACT:**    LEE ANN WOODBURY | **ITEM FOR RESALE:**    YES    NO   X |
| **TELEPHONE NUMBER:**    (703) 872-7248 | **TAX EXEMPT #:** |
| **FAX NUMBER:**       (703) 872-7986 | **ORIGINAL CONTRACT:**    $36,766.00 |
| | **CHANGE ORDERS TO DATE:** |
| **US AIR/ORF/MOVES** | **REVISED CONTRACT:**    $36,766.00 |

**SCOPE:**
| | |
|---|---|
| 1) GATE 5: TAKE DOWN, LOAD, & SHIP PLB TO AMERIBRIDGE YARD | $13,157.00 |
| 2) GATE 7: TAKE DOWN & MOVE TO GATE 2 ADDING A 24" EXTENDED CORRIDOR & HAUNCH | $23,609.00 |
| 3) GATE 7: GREASE AND COVER OLD ANCHOR BOLTS | N/C |
| 4) MOBILIZATION/DEMOBILIZATION | N/C |

| **SPECIAL INSTRUCTIONS:** | **SUBTOTAL:** | $36,766.00 |
|---|---|---|
| | **TAXES** | |
| | **FREIGHT** | |
| | **TOTAL** | |

Sep 22 04 04:39p    AMERIBRIDGE        317 826 2005        P.23

Construction Services, A Division of
American Steel Builders, Inc.
7125 Tidewater Drive
Indianapolis, IN  40235-9040

PH: 317/826-2000
FAX 317/826-2005

DATE 07/21/04

INVOICE NUMBER      13383
TERMS        0.00% 30 DAYS

TRAILER TO USAB401F              SHIP TO

US AIRWAYS, INC              ORF
ATTN: LEIGH ANN WOODBURY
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

ORDER DATE     05/15/04          BILLING DATE     06/29/04
CUST. ORDER #  VERBAL LEE ANN W. SHIP VIA
YOUR JOB #     30               JOB           B401F

QTY ST SHIP DESCRIPTION                                  TOTAL

1) GATE 5: TAKE DOWN, LOAD, & SHIP TO AMERIBRIDGE
   YARD & SCRAP =                    $13,157.00

2) GATE 7: TAKE DOWN & RELOCATE TO GATE 2, ADD A NEW
   EXTENDED CORRIDOR & LAUNCH =      $23,805.00

3) GATE 7: GREASE & COVER OLD ANCHOR BOLTS =      N/C

4) MOBILIZATION/DEMOBILIZATION =      N/C

C.O. #1:  REPAIRED WIRE FOR PLB & HOOK UP CABLES
          ADD =                      $1,320.00

ORIGINAL CONTRACT AMOUNT:            $36,766.00

CHANGE ORDERS:                       $1,320.00

REVISED CONTRACT AMOUNT:             $38,086.00

TOTAL EARNED TO DATE:                $38,086.00

LESS RETAINAGE:                      N/A

AMOUNT DUE THIS INVOICE              38086.00

                         SUBTOTAL    38,086.00

                    **   TOTAL DUE   38,086.00

THANK YOU.

38,086.00



# AMERIBRIDGE →
## SERVICES

April 12, 2004

US Airways Inc.
Attn: Leigh Ann Woodbury
2345 Crystal Drive
Arlington, VA, 22227

Re: Norfolk Gate Moves

Leigh Ann,

Ameribridge Services is pleased to provide the following quotation. Pricing includes all
labor, materials, and expenses necessary to complete the scope of work. Pricing assumes
that all foundations / anchor bolt patterns will match the PBB anchor bolt pattern being
moved to that gate. Pricing also assumes that building electrical power is sufficient for
the PBB being moved to the new gate. Pricing does not include any foundation, building
electrical upgrade work, or engineering work. Scope of work and pricing are as follows:

| | |
|---|---|
| 1) Take down and scrap Gate 5= | $13,157.00 |
| 2) Move Gate 7 to Gate 2 adding a 24" extended corridor and haunch= | $23,609.00 |
| 3) Grease and cover old anchor bolts at Gate 7= | $ No charge |
| 4) Mobilization / demobilization= | $ No charge |
| ***Total for above mentioned work=*** | ***$36,766.00*** |

Please note that there will be no mobilization charge if this work is completed at the same
time the PBB from FLL is installed at ORF. Also there is NO pricing to modify Gate 7
for CRJ or ERJ aircraft. If this is required additional pricing will be required.

Thank you for the opportunity to provide this quotation and for your continued interest in
Ameribridge Services. If you should have any questions or concerns please feel free to
contact me at 1-800-950-1401 ext 103 or my cell at 317-997-9119.

Best regards,
Ameribridge Services

Jason S. Summers
Director of Sales and Services

(25)

Sep 22 04 04:39p     AMERIBRIDGE           317 826 2005          p.25

**AMERIBRIDGE PROJECT ADVISEMENT**
**INTERNAL USE ONLY**          REVISION BY _____  _____

| SOLD TO:<br>US AIRWAYS<br>ATTN: MELISSA BURNARD<br>2345 CRYSTAL DRIVE<br>ARLINGTON, VA 22227 | JOB#: | 8346X | PM: | GS |
|---|---|---|---|---|
| SHIP TO:<br>TBD | DATE: | 12/3/03 | | |
| | REVISION DATE: | | | |
| | QUOTE #: | | | |
| | TERMS OF PAYMENT: | | | |
| APPROVAL DRAWINGS:     YES     NO X | P.O.#: | VERBAL | | |
| DATE DRAWINGS REQUIRED: | F.O.B. POINT: | IND | | |
| COMPLETE JOB DATE:     TBD | ROUTING REQUESTED: | | | |
| MATERIAL AT JOB SITE: | FIELD START DATE: | 12/10 TO 12/12 | | |
| CUSTOMER CONTACT:     MELISSA BURNARD | ITEM FOR RESALE:     YES     NO     X | | | |
| TELEPHONE NUMBER:     (703) 872-7012 | TAX EXEMPT #:     YES | | | |
| FAX NUMBER:     (703) 872-7986 | ORIGINAL CONTRACT:     TBD | | | |
| BRIDGE STORAGE @ AMERIBRIDGE YARD | CHANGE ORDERS TO DATE: | | | |
| | REVISED CONTRACT: | | | |

1) STORE BRIDGES & COMPONENTS AS DIRECTED BY US AIRWAYS
2) CHARGES TO BE $150.00/MO PLUS CRANE & LABOR CHARGES IF BRIDGES NEED TO BE
   MOVED
3) NO CHARGE FOR STORAGE ($150/MO) IF AMERIBRIDGE IS THE INSTALLER AT THE NEW
   LOCATION.

| SPECIAL INSTRUCTIONS: | SUBTOTAL: |
|---|---|
| | TAXES |
| | FREIGHT |
| | TOTAL |

Sep 22 04 04:39p      AMERIBRIDGE                  317 826 2005            p.26

Ameribridge Services, A Division of
American Steel Builders, Inc.
5425 Poindexter Drive
Indianapolis, IN  46235-9040

PH. 317/826-2000
FAX 317/826-2005

DATE 09/13/04                    INVOICE NUMBER    13437
                                 TERMS         0.00% 30 DAYS

INVOICE TO USA8346X              SHIP TO

USAIRWAYS                         SAME
2345 CRYSTAL DRIVE
ARLINGTON VA 22227

| ORDER DATE | 12/03/03 | BILLING DATE | 09/13/04 |
|---|---|---|---|
| CUST ORDER # | | SHIP VIA | |
| PROJ MGR | GS | JOB | 8346X |

| Y ORD QT SHP DESCRIPTION | TOTAL |
|---|---|
| STORE BRIDGE & COMPONENTS AS DIRECTED BY US AIR A3-65/99 FROM BGM STORAGE FROM 12/11/03 THROUGH 9/12/04 = $1,350 A3-44/78 FROM CLE STORAGE FROM 4/21/04 TO 9/12/04 = $712.50 | |
| A3-58/110 FROM BDL FROM 5/13/04 TO 9/12/04 =$800.00 | |
| ADDITIONAL CHARGES FOR CRANE TIME AND LABOR FOR MOVING OF BRIDGES IN STORAGE YARD = | $42,426.83 |
| ORIGINAL CONTRACT AMOUNT: | $45,088.83 |
| CHANGE ORDERS: | 0 |
| REVISED CONTRACT AMOUNT: | N/A |
| TOTAL EARNED TO DATE: | $45,088.83 |
| LESS RETAINAGE: | N/A |
| LESS PREVIOUS INVOICES: | 0 |
| 1    1 AMOUNT DUE THIS INVOICE | 45088.83 |
| SUBTOTAL | 45,088.83 |
| **    TOTAL DUE | 45,088.83 |